IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA M. TUCKER,

Plaintiff,

vs.

FORD MOTOR COMPANY,

Defendant/Third-Party Plaintiff,

vs.

LLOYD C. MAYFIELD and
ANGELA L. CONNER,

Third-Party Defendants.                              No. 03-CV-385-DRH

## MEMORANDUM AND ORDER

**Herndon, District Judge:**

Before the Court is Third-Party Defendant Angela L. Conner's motion for a finding of good faith settlement and dismissal. (Doc. 71.) Conner has agreed to pay $25,000 to Plaintiff Laura Tucker in exchange for a full and complete release. (Doc. 71.) No other party has filed an objection to Conner's motion for good faith settlement, and **LOCAL RULE 7.1**'s time limit has lapsed.[1] Consistent with **740 ILL. COMP. STAT. 100/2** and ***Johnson v. United Airlines*, 784 N.E.2d 812 (Ill. 2003)**,

---

[1] Conner's motion was filed on June 9, 2005. (Doc. 71.) Under the most liberal reading of **LOCAL RULE 7.1**, any response in objection was due by Monday, July 11, 2005.

1

the Court **FINDS** that Plaintiff Laura Tucker's and Third-Party Defendant Angela Conner's $25,000 settlement is in good faith and **GRANTS** Conner's motion for a finding of good faith settlement.  (Doc. 71.)  The Court **DISMISSES with prejudice** all claims against Third-Party Defendant Angela Conner.

    **IT IS SO ORDERED.**

Signed this 14th day of July, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**