## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA M. TUCKER, | ) |
| | ) |
|     **Plaintiff(s),** | ) |
| | ) |
|     vs. | )   No.   03-CV-385 DRH |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
|     **Defendant(s).** | ) |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   12th   day of   May  , 2006.

/s/                David   RHerndon
**UNITED STATES DISTRICT JUDGE**